FILED
2020 FEB -6 P 1:19

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> JUAN NUNEZ-HERNANDEZ, <br> Defendant. | Case No. 16-CR-1528-BEN <br><br> JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 2/06/2020

HONORABLE ROGER T. BENITEZ
United States District Judge